**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**PHILLIP EARL YOUNG**                                                                  **PETITIONER**

**V.**                                                                         **NO. 4:15-CV-78-DMB-RP**

**ROBERT KIRKLIN; et al.**                                                           **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered this day, this action is **DISMISSED**.

A certificate of appealability is **DENIED**.

**SO ORDERED**, this 25th day of September, 2017.

                                                 **/s/Debra M. Brown**
                                                 **UNITED STATES DISTRICT JUDGE**